**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES C. WOODSTROM,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendant. | Civil Action No.: 14-cv-892 (CCC-JBC)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Clark, dated November 7, 2016 (ECF No. 53), recommending the sua sponte dismissal of this action without prejudice for failure to comply with Court Orders pursuant to Fed. R. Civ. P. 41(b). No objections have been filed thereto.[1] The Court has considered the submissions of the parties and the R&R, and for substantially the same reasons stated therein;

**IT IS** on this 22 day of December, 2016,

**ORDERED** that this Court adopts Judge Clark's November 7, 2016 Report and Recommendation; and it is further

**ORDERED** that the Complaint is hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of this Order by certified and regular mail to Plaintiff; and it is further

---

[1] The Docket reflects that the Clerk of Court mailed a copy of the R&R to Plaintiff on November 14, 2016. (ECF No. 54).

1

**ORDERED** that the Clerk shall close the file in this matter.

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.